In re:  Case No. 23-00606-HWV
LeeEsta Lou Shaffer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 11, 2023      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeEsta Lou Shaffer, 37 Brindle Drive, Fayetteville, PA 17222-1001 |
| 5529218 | | Gettysburg Family Dentistry, York St, Gettysburg, PA 17325 |
| 5529220 | | Lafayette Federal Cred, 3535 University Blvd, Rockville, MD 20850 |
| 5529227 | + | WellSpan, PO Box 15119, York, PA 17405-7119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 11 2023 18:40:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529212 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2023 18:51:21 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5529214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2023 18:51:41 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5529215 | + | Email/Text: dylan.succa@commercialacceptance.net | May 11 2023 18:36:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5532923 | | Email/Text: mrdiscen@discover.com | May 11 2023 18:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5529216 | + | Email/Text: mrdiscen@discover.com | May 11 2023 18:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5529217 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 11 2023 18:36:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5536254 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 11 2023 18:36:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5529213 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 11 2023 18:51:41 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 5536779 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 11 2023 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5529219 | + | Email/Text: PBNCNotifications@peritusservices.com | May 11 2023 18:36:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5529221 | ^ | MEBN | May 11 2023 18:35:42 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5529222 | + | Email/Text: Bankruptcies@nragroup.com | May 11 2023 18:37:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5529211 | | Email/Text: Bankruptcy.Notices@pnc.com | May 11 2023 18:36:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5529223 | ^ | MEBN | May 11 2023 18:35:48 | Patenaude & Felix, A.P.C, 9619 Chesapeake Drive, Suite 300, San Diego, CA 92123-1392 |
| 5529518 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2023 18:41:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529224 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2023 18:51:59 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5529225 | + | Email/Text: bncmail@w-legal.com | May 11 2023 18:36:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5534333 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 11 2023 18:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5529226 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 11 2023 18:36:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5529228 | | Email/Text: bankruptcy@firstenergycorp.com | May 11 2023 18:36:00 | West Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 5539350 | + | Email/Text: bankruptcy@firstenergycorp.com | May 11 2023 18:36:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 LeeEsta Lou Shaffer ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| LeeEsta Lou Shaffer,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:23−bk−00606−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 14, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 11, 2023 |

ntcnfhrg (08/21)