United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>LeeEsta Lou Shaffer<br>    Debtor | Case No. 23-00606-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Wellspan Health, P.O. Box 15119, York, PA 17405-7119 |
| | + | Wellspan Health, 601 Memory Lane, Suite 2-2200, York, PA 17402-2231 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Francis Cummins | on behalf of Creditor Matrix Financial Services Corp c/o RoundPoint Mortgage Servicing LLC christopherfcummins@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 LeeEsta Lou Shaffer ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| LEEESTA LOU SHAFFER | : | CASE NO. 1-23-bk-00606-HWV |
| | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| WELLSPAN HEALTH | : | |
| | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim No. 12 of Wellspan Health, Doc. 26, and following Notice to Claimant Re Filing of Objection to Claim and allowing an opportunity to respond, and no response having been filed, it is

ORDERED that the Objection is sustained and Claim No. 12 of Wellspan Health shall be deemed untimely filed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 14, 2024