In re:  Case No. 23-00606-HWV
LeeEsta Lou Shaffer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Feb 29, 2024  Form ID: ordsmiss  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LeeEsta Lou Shaffer, 37 Brindle Drive, Fayetteville, PA 17222-1001 |
| 5529218 | | Gettysburg Family Dentistry, York St, Gettysburg, PA 17325 |
| 5529220 | | Lafayette Federal Cred, 3535 University Blvd, Rockville, MD 20850 |
| 5544965 | + | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, North Bethesda, MD 20852-7105 |
| 5529227 | + | WellSpan, PO Box 15119, York, PA 17405-7119 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 29 2024 23:50:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529212 | + | EDI: CAPITALONE.COM | Feb 29 2024 23:50:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5529214 | + | EDI: CITICORP | Feb 29 2024 23:50:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5529215 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 29 2024 18:52:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5532923 | | EDI: DISCOVER | Feb 29 2024 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5529216 | + | EDI: DISCOVER | Feb 29 2024 23:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5529217 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 29 2024 18:52:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5536254 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 29 2024 18:52:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5544960 | | EDI: JEFFERSONCAP.COM | Feb 29 2024 23:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5529213 | | EDI: JPMORGANCHASE | Feb 29 2024 23:50:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 5536779 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 29 2024 18:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5529219 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 29 2024 18:52:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5542779 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 18:56:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5544965 | + | Email/Text: bankruptcy@silvermanlegal.com | | |

| Recipient ID | Code | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Feb 29 2024 18:52:00 | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, North Bethesda, MD 20852-7105 |
| 5529221 | ^ | MEBN | | |
| | | | Feb 29 2024 18:47:05 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5564423 | + | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | | Feb 29 2024 18:52:00 | Matrix Financial Services Corp, c/o RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715, Matrix Financial Services Corp, c/o RoundPoint Mortgage Servicing LLC 29715-0200 |
| 5564422 | + | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | | Feb 29 2024 18:52:00 | Matrix Financial Services Corp, c/o RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5529222 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Feb 29 2024 18:52:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5542686 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 29 2024 18:52:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 5529211 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 29 2024 18:52:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 5529223 | ^ | MEBN | | |
| | | | Feb 29 2024 18:47:05 | Patenaude & Felix, A.P.C, 9619 Chesapeake Drive, Suite 300, San Diego, CA 92123-1392 |
| 5529518 | + | EDI: PRA.COM | | |
| | | | Feb 29 2024 23:50:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5529224 | + | EDI: SYNC | | |
| | | | Feb 29 2024 23:50:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5529225 | + | EDI: WTRRNBANK.COM | | |
| | | | Feb 29 2024 23:50:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5534333 | | EDI: USBANKARS.COM | | |
| | | | Feb 29 2024 23:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5529226 | + | EDI: USBANKARS.COM | | |
| | | | Feb 29 2024 23:50:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5529227 | + | Email/Text: bankruptcynotification@wellspan.org | | |
| | | | Feb 29 2024 18:52:00 | WellSpan, PO Box 15119, York, PA 17405-7119 |
| 5529228 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Feb 29 2024 18:52:00 | West Penn Power, PO Box 16001, Reading, PA 19612-6001 |
| 5539350 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Feb 29 2024 18:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher Francis Cummins | on behalf of Creditor Matrix Financial Services Corp c/o RoundPoint Mortgage Servicing LLC christopherfcummins@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 LeeEsta Lou Shaffer ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

LeeEsta Lou Shaffer,           Chapter     13

    **Debtor 1**

                                   Case No.     1:23−bk−00606−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 29, 2024

ordsmiss (05/18)